**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00391-CV**

_____

**BOBBY G. GRANGER AND EDGAR L. PEREZ,**
**Appellants/Cross-Appellees**

**V.**

**TERI S. DORSEY, Appellee/Cross-Appellant**

On Appeal from the 457th District Court
Montgomery County, Texas
Trial Cause No. 21-07-09710-CV

**MEMORANDUM OPINION**

Bobby G. Granger and Edgar L. Perez, Appellants/Cross-Appellees, joined by Teri S. Dorsey, Appellee/Cross-Appellant, filed a motion to dismiss this appeal with prejudice. *See* Tex. R. App. P. 42.1(a). The parties filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

1

APPEAL DISMISSED.

PER CURIAM

Submitted on October 16, 2024
Opinion Delivered October 17, 2024

Before Golemon, C.J., Johnson and Wright, JJ.